UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL P. LOTIEF | CIVIL ACTION NO. 6:19-cv-00996 |
| VERSUS | JUDGE JUNEAU |
| BOARD OF SUPERVISORS OF THE UL SYSTEM, ET AL. | MAGISTRATE JUDGE HANNA |

## MINUTES

Following the unsuccessful settlement conference held in November 2019, the undersigned magistrate judge continued to confer with the plaintiff, Michael P. Lotief and his counsel, Jack McElligott and Glenn Edwards, and with counsel for the defendants, Cearly Fontenot and Stephen J. Oats and their principals, via email correspondence, in person and by telephone, in an attempt to negotiate a settlement of this lawsuit.[1] On June 4, 2020, the parties advised that an amicable resolution of their dispute had been reached.

The parties request entry of a sixty-day order of dismissal and removal of this case from the district court's trial docket of March 1, 2021. The parties also request that the court retain jurisdiction over the settlement of the case under *Kokkonen v. Guardian Life*, 511 U.S. 375 (1994).

Signed at Lafayette, Louisiana on June 5, 2020.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 15.5 hours.